# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### NORTHERN DIVISION

| | |
|---|---|
| **ALEXIS GUERRERO,** <br> 30234 Stoneybrooke Drive <br> Salisbury, MD 21804 <br><br> *Plaintiff,* <br><br> v. <br><br> **OLLIE'S BARGAIN OUTLET, INC.,** <br> 6295 Allentown Blvd, Suite 1 <br> Harrisburg, PA 17112 <br>   **Serve:** CSC-Lawyers Incorporating Service Co. <br>       7 St. Paul Street, Suite 820 <br>       Baltimore, MD 21202 <br><br> *Defendant.* | * <br><br> * <br><br> * CIVIL CASE NO._____ <br><br> * <br><br> * <br><br> * <br><br> * <br><br> * |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

Ms. Clerk:

Please file the enclosed Complaint, Election of Jury Trial and Civil Information Sheet.

Please enter the appearance of Robin R. Cockey, Ashley A. Bosché, and Cockey, Brennan & Maloney, P.C. as attorneys for Plaintiff. Please issue a summons and return it to Plaintiff's counsel for service by private process.

                                                /s/
                                  ROBIN R. COCKEY, Federal Bar No.02657
                                  ASHLEY A. BOSCHÉ, Federal Bar No. 28800
                                  Cockey, Brennan & Maloney, PC
                                  313 Lemmon Hill Lane
                                  Salisbury, MD 21801
                                  410-546-1750
                                  Fax:  410-546-1811
                                  rrcesq@cbmlawfirm.com
                                  bosche@cbmlawfirm.com
                                  *Attorneys for Plaintiff*